No. 71–5771.  MUNCASTER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5799.  ROBINSON *v.* DAVIS ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–809.  SOBEL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE STEWART is of the opinion that certiorari should be granted.